UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *   *
                                *
JAY MARTIN,                     *
     Plaintiff,                 *
                                *
                                *
v.                              *
                                *   CIVIL ACTION NO.
                                *
BOSTON MINUTEMAN                *
COUNCIL, INC.,                  *
     Defendant.                 *
                                *
* * * * * * * * * * * * * * *   *
```

<u>NOTICE OF FILING OF NOTICE OF REMOVAL</u>

To:  Clerk's Office, Civil         John Andrews
     Middlesex Superior Court      Robert M. Strasnick
     40 Thorndike Street           ANDREWS & UPDEGRAPH, P.C.
     E. Cambridge, MA 02141        70 Washington Street,
                                   Suite 212
                                   Salem, MA 01970

     Please take notice that on June 22, 2004, Boston Minuteman

Council, Inc., the defendant in the above-entitled action, filed

a notice of removal, copies of which are attached, of this action

to the United States District Court for the District of

Massachusetts.

     You are also advised that the defendant, upon filing this

notice of removal in the office of the Clerk of the United States

District Court for the District of Massachusetts, also filed

copies of the notice with the Clerk of the Superior Court

Department of Middlesex County, to effect removal pursuant to 28

U.S.C. §1446(e).

The Defendant,
By its attorney,

Michael J. Mazurczak, BBO #555106
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200

CERTIFICATE OF SERVICE

I, Michael J. Mazurczak, hereby certify that on this day, I
forwarded notice of the foregoing document(s) by mailing a copy
thereof, postage prepaid to the following:

John Andrews
Robert M. Strasnick
ANDREWS & UPDEGRAPH, P.C.
70 Washington Street, Suite 212
Salem, MA 01970

Clerk's Office, Civil
Middlesex Superior Court
40 Thorndike Street
East Cambridge, MA 02141

Michael J. Mazurczak

Date:  6-22-04