UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                               *
JAY MARTIN,                    *
     Plaintiff,                *
                               *
v.                             *
                               *   CIVIL ACTION NO.
BOSTON MINUTEMAN               *
COUNCIL, INC.,                 *
     Defendant.                *
                               *
* * * * * * * * * * * * * * * *
```

NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the defendant, Boston Minuteman Council, Inc., in the above-captioned matter.

Michael J. Mazurczak
BBO #555106
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200

Date: 6-22-04

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.