UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

JAY MARTIN,
    Plaintiff,

v.

BOSTON MINUTEMAN
COUNCIL, INC.,
    Defendant.

CIVIL ACTION NO. 04-11419MLW

## VERIFICATION OF NOTICE OF REMOVAL

I, Michael J. Mazurczak, being first duly sworn, say that I am counsel for the defendant, Boston Minuteman Council, Inc., and that the representations made in its Notice of Removal are true to the best of my knowledge and belief.

_____
Michael J. Mazurczak

Subscribed and sworn to before me, Deborah Lacey, Notary Public, this 22nd day of June, 2004.

_____
Notary Public
My Commission Expires: August 13, 2010