UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * *

JAY MARTIN,     *
    Plaintiff,     *
     *
v.     *
     *    CIVIL ACTION NO.
BOSTON MINUTEMAN     *
COUNCIL, INC.,     *
    Defendant.     *
     *

* * * * * * * * * * * * * * * *


### ANSWER AND JURY CLAIM OF THE DEFENDANT TO THE PLAINTIFF'S COMPLAINT

The defendant, Boston Minuteman Council, Inc., in the above-captioned matter, hereby makes this its answer to the plaintiff's complaint.

### FIRST DEFENSE

INTRODUCTION

1. The defendant denies the allegations contained in paragraph 1.

PARTIES

2. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and calls upon the plaintiff to prove the same.

3. The defendant admits that the Boston Minuteman Council, Inc., Boy Scouts of America is a non-profit Massachusetts corporation with a principal office at 115 Broad Street, 3rd Floor, Boston, Massachusetts.

STATEMENT OF FACTS

4. The defendant denies the allegations contained in paragraph 4.

5. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 and calls upon the plaintiff to prove the same.

6. The defendant denies the allegations contained in paragraph 6.

7. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 and calls upon the plaintiff to prove the same.

8. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 and calls upon the plaintiff to prove the same.

9. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 and calls upon the plaintiff to prove the same.

10. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 and calls upon the plaintiff to prove the same.

11. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 and calls upon the plaintiff to prove the same.

12. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 and calls upon the plaintiff to prove the same.

13. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph 13 and calls upon the plaintiff to prove the same.

14. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 and calls upon the plaintiff to prove the same.

15. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 and calls upon the plaintiff to prove the same.

16. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 and calls upon the plaintiff to prove the same.

17. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 and calls upon the plaintiff to prove the same.

18. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 and calls upon the plaintiff to prove the same.

19. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 and calls upon the plaintiff to prove the same.

20. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 and calls upon the plaintiff to prove the same.

21. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 and calls upon the plaintiff to prove the same.

22. Admitted.

23. Admitted.

WHEREFORE, the defendant demands that the plaintiff's complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

COUNT I

24. The defendant incorporates herein by reference its answers to paragraphs 1 through 23 and makes them its answer to paragraph 24 of Count I.

25. Paragraph 25 of Count I calls for a legal conclusion and therefore no response is required; however, in the event a response is required, the defendant denies the allegations contained in paragraph 25 of Count I.

26. The defendant denies the allegations contained in paragraph 26 of Count I.

27. The defendant denies the allegations contained in paragraph 27 of Count I.

28. The defendant denies the allegations contained in paragraph 28 of Count I.

WHEREFORE, the defendant demands that the plaintiff's complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

COUNT II

29. The defendant incorporates herein by reference its answers to paragraphs 1 through 28 and makes them its answer to paragraph 29 of Count II.

30. Paragraph 30 of Count II calls for a legal conclusion and therefore no response is required; however, in the event a response is required, the defendant denies the allegations contained in paragraph 30 of Count II.

31. The defendant denies the allegations contained in paragraph 31 of Count II.

32. The defendant denies the allegations contained in

paragraph 32 of Count II.

33. The defendant denies the allegations contained in paragraph 33 of Count II.

WHEREFORE, the defendant demands that the plaintiff's complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

COUNT III

34. The defendant incorporates herein by reference its answers to paragraphs 1 through 33 and makes them its answer to paragraph 34 of Count III.

35. The defendant denies the allegations contained in paragraph 35 of Count III.

36. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of Count III and calls upon the plaintiff to prove the same.

37. The defendant denies the allegations contained in paragraph 37 of Count III.

38. The defendant denies the allegations contained in paragraph 38 of Count III.

39. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 and calls upon the plaintiff to prove the same.

WHEREFORE, the defendant demands that the plaintiff's complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

COUNT IV

40. The defendant incorporates herein by reference its answers to paragraphs 1 through 39 and makes them its answer to paragraph 40 of Count IV.

41. The defendant is presently without knowledge or

information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of Count IV and calls upon the plaintiff to prove the same.

42. The defendant denies the allegations contained in paragraph 42 of Count IV.

43. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of Count IV and calls upon the plaintiff to prove the same.

WHEREFORE, the defendant demands that the plaintiff's complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

## SECOND DEFENSE

And further answering, the defendant says that the acts complained of were not committed by a person and/or entity for whose conduct the defendant was legally responsible.

## THIRD DEFENSE

And further answering, the defendant says that if the plaintiff proves that the defendant was negligent as alleged, the plaintiff was negligent to a greater degree than the defendant and is barred from recovery under the Comparative Negligence Law of the Commonwealth of Massachusetts.

## FOURTH DEFENSE

And further answering, the defendant says that the cause of action is barred by reason of the Statute of Limitations.

## FIFTH DEFENSE

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(5) for insufficient service of process.

## SIXTH DEFENSE

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for

failure to state a claim upon which relief can be granted.

### SEVENTH DEFENSE

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, insofar as the plaintiff has failed to give notice of any claim as required by law, and the defendant was thereby prejudiced, wherefore the plaintiff is barred from recovery.

### EIGHTH DEFENSE

And further answering, the defendant says that to the extent that it had any obligations to the plaintiff, such obligations have been fully, completely and properly performed in every respect.

### NINTH DEFENSE

And further answering, the defendant says that no notice of the alleged breaches was given the defendant as required by law, and the defendant was thereby prejudiced.

### TENTH DEFENSE

This defendant states that there was no negligence, gross negligence, willful, wanton, or malicious misconduct, reckless indifference or reckless disregard of the rights of the plaintiff, or malice (actual, legal or otherwise) on the part of this defendant as to the plaintiff herein.

### ELEVENTH DEFENSE

And further answering, the defendant says that if the plaintiff was assaulted as alleged, the said assault was unintentional and without negligence upon the part of the defendant or any agent, servant or employee.

### TWELFTH DEFENSE

And further answering, the defendant says that if the plaintiff was assaulted as alleged, the person committing such alleged assault was not acting in any way under the defendant's authority nor in its employment and service nor as a servant or

agent of the defendant in assaulting the plaintiff.

### THIRTEENTH DEFENSE

And further answering, the defendant says that it is not liable to the extent that the plaintiff's loss was a result of an unforeseeable intervening criminal act.

### FOURTEENTH DEFENSE

And further answering, the defendant states that the Volunteer Protection Act applies to the facts of this case and, therefore, plaintiff's claims are barred.

### FIFTEENTH DEFENSE

And further answering, the defendant says that it cannot be held liable under Mass. G.L. c. 93A because they were not acting in a business context so as to generate a profit.

### SIXTEENTH DEFENSE

And further answering, the defendant says that it is a public charity, and therefore under M.G.L. c. 231, §85K, the plaintiff's recovery is barred or limited according to the applicable statutes and case law.

### SEVENTEENTH DEFENSE

And further answering, the defendant says that it is immune from liability for negligence to the plaintiff pursuant to M.G.L. c.21, §17C.

### EIGHTEENTH DEFENSE

And further answering, the defendant says that to the extent the plaintiff's claims fall under M.G.L. c. 151B, the plaintiff's claims are barred as a matter of law because they have been brought in the wrong form.

## JURY CLAIM

THE DEFENDANT HEREBY MAKES CLAIM FOR A TRIAL BY JURY.

By its attorneys,

*Michael J. Mazurczak*
Michael J. Mazurczak, BBO #555106
Allen J. McCarthy, BBO #630359
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

## CERTIFICATE OF SERVICE

I, Michael J. Mazurczak, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

John Andrews
Robert M. Strasnick
ANDREWS & UPDEGRAPH, P.C.
70 Washington Street, Suite 212
Salem, MA 01970

*Michael J. Mazurczak*
Michael J. Mazurczak

Date: 6·22·04