TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX , ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 04-02059D

Jay Martin , Plaintiff(s)

v.

Boston Minuteman Council, Inc. , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Robert M. Strasnick of Andrews & Updegraph, P.C. plaintiff's attorney, whose address is 70 Washington Street, Suite 212, Salem, MA 01970, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at 41 Thorndike Street, Cambridge, MA 02141 either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Cambridge the 21st day of May , in the year of our Lord 2004 .

*[signature]* Edward J. Sullivan
Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 695-0702

June 14, 2004

Suffolk, ss.

I hereby certify and return that on 6/2/2004 at 3:10:00 PM I served a true and attested copy of the Summons, Complaint, Cover Sheet and Tracking Order in this action in the following manner: To wit, by delivering in hand to B.Bigsby,Scout Exec, for Boston Minuteman Council Inc, at , 115 Broad Street, 3rd Fl Boston, MA 02109. Basic Service Fee (IH) ($30.00), Travel ($3.20), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $39.20

Deputy Sheriff   John Cotter

_____
Deputy Sheriff